O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff - Pro Hac Vice
401 S. Old Woodward, Suite 320
Birmingham, MI  48009
(248)  258-6262
(248) 258-6047 (fax)
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

STEVEN CRAWFORD,

     Plaintiff,

-vs-                                        Case No:

FOSS MARITIME, _____

     Defendant.
_____/

## COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, complaining against Defendant as follows:

1.     Jurisdiction and venue properly lie in this action, Defendant conducting business within this district where the incident of occurrence took place.

2.     Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about September 15, 2005, Plaintiff was in the course of employment when because of Defendant's failure to provide a safe place to work and seaworthy vessel, i.e., inadequate manning levels and safeguards required by the several changing environmental conditions and operational demands, Plaintiff was injured.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

    a.    Pain and suffering, past future;

    b.    Mortification, humiliation, fright shock and embarrassment;

    c.    Loss of earnings and earning capacity;

    d.    Hospital, pharmaceutical and other cure expenses;

    e.    Aggravation of prior condition, if any there be;

    f.    Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g.    Mental anguish;

    h.    Found;

    i.    Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN COHEN KUEBLER

DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff - Pro Hac Vice
40l S. Old Woodward, Suite 320
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047 (fax)
dob@obryanlaw.net

Dated:      April 27, 2007

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff - Pro Hac Vice
401 S. Old Woodward, Suite 320
Birmingham, MI  48009
(248)  258-6262
(248) 258-6047 (fax)
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

STEVEN CRAWFORD,

      Plaintiff,

-vs-                                          Case No:

FOSS MARITIME, _____

      Defendant.
_____/

**DEMAND FOR TRIAL BY JURY**

      NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, and hereby demands trial by jury in the above-referenced cause of action.

4

                                        O'BRYAN BAUN COHEN KUEBLER

                                        DENNIS M. O'BRYAN (P30545)
                                        Attorneys for Plaintiff - Pro Hac Vice
                                        40l S. Old Woodward, Suite 320
                                        Birmingham, MI  48009
                                        (248) 258-6262
                                        (248) 258-6047 (fax)
                                        dob@obryanlaw.net

Dated:       April 27, 2007