1  OBRYAN BAUN COHEN KUEBLER
   CHRISTOPHER D. KUEBLER (P43220)
2  Attorney for Plaintiff
   401 S. Old Woodward, Ste. 450
3  Birmingham, MI 48009
4  (248) 258-6262
   (248) 258-6047 fax
5  ckuebler@obryanlaw.net

6
7
8
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO
12

13 STEVEN CRAWFORD,

14        Plaintiff,                    Case No. C-07-2343
                                        Judge Samuel Conti
15 vs.

16 FOSS MARITIME,                       Stipulation/Order for Dismissal
                                        With Prejudice
17
          Defendant.
18 _____/

19        NOW COME the parties, by and through their respective counsel undersigned,

20 hereby stipulate to an Order of Dismissal of this matter With Prejudice and without costs

21 to either party.
22

23 OBRYAN BAUN COHEN
       KUEBLER KARAMANIAN           KEESAL YOUNG & LOGAN
24
   /s/ Christopher D. Kuebler        /s/ Atlantis Tillman Langowski (w/consent)
25 Christopher D. Kuebler (P43220)   Atlantis Tillman Langowski
   401 S. Old Woodward, Ste. 450     Four Embarcadero Center, Ste. 1500
26

27 Pg. 1                         1            Case No. C-07-2343
28

Birmingham, MI 48009
248-258-6262
248-258-6047 fax
ckuebler@obryanlaw.net

San Francisco, CA 94111
415-398-6000
415-981-0136 fax

IT IS SO ORDERED:



Judge

DATED: July 8, 2008